ACCEPTED
14-15-00268-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 10:21:42 AM
CHRISTOPHER PRINE
CLERK

## IN THE FOURTEENTH COURT OF APPEALS FOR THE STATE OF TEXAS

**LANIS RAY HITT,**
**Appellant**

v.

**THE STATE OF TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/24/2015 10:21:42 AM

CHRISTOPHER A. PRINE
Clerk

No. 14-15-00268-CR

---

### MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

---

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

COMES NOW, LANIS RAY HITT, and files this his Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 9 and 10 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

I.

Appellant was convicted by a jury of the Class B misdemeanor offense of DWI- 1st offender BAC .08, on February 3, 2015, in Cause No. 1973657 in the County Court at Law No. 14, Harris County, Texas. Appellant was sentenced to 180 days county jail, suspended sentence for one year community supervision.

II.

On March 4, 2015, Appellant filed his notice of appeal. Appellant did not file a Motion for a New Trial. Appellant's brief is currently due on August 17, 2015. This motion is Appellant's second request for additional time to file Appellant's brief.

III.

Appellant's attorney seeks additional time to file his brief for the following reasons: Counsel has a trial and appellate practice, including, but not limited to, several appointed criminal

cases for indigent clients; Counsel is currently preparing a Petition for Discretionary Review in *Lawan Palumbo v. The State of Texas,* No. 01-13-01072-CR, to the Court of Criminal Appeals, this petition's date for submission is also on August 17, 2015; additionally, counsel is preparing for a hearing on a motion to suppress in a felony case that was reset by the judge to August 28, 2015, in *The State of Texas v. Monica Quintero,* No. 14-05-05170-CR, Montgomery County, Texas, involving over five witnesses, over 400 grams of alleged narcotics, and multiple co-defendants; similarly, counsel is co-counsel and preparing for trial in a number of cases, including in, *The State of Texas v. Jeremy Jewell,* No. 14-10-11748, in Montgomery County, currently set for trial August 3, 2015; and a super aggravated sexual assault case, *The State of Texas v. Richard Perry*, in Harris County, Texas, with a pre-trial setting for July 25, 2015.

Furthermore, the record in this matter includes a DVD disc previously submitted by the court reporter. Last week Counsel attempted to view this DVD recording at the clerk's office, but due to technical difficulties, the file would not open. Counsel was able to open the file at the trial clerk's office for the first time yesterday. Counsel would like sufficient time to properly review the entire record, including said DVD, in order to submit an adequate appellate brief for Appellant.

In addition to the above schedule, counsel expects to travel out of state to attend intense criminal defense training with the nationally recognized organization, *Gideon's Promise*, through a program funded by the Harris County Public Defender's Office, in early August 2015. Counsel does not currently have an administrative assistant and/or other employee, which has left counsel a bit short-handed and overwhelmed.

**Prayer**

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Appellant's brief until September 17, 2015, which is thirty days from the current deadline.

Respectfully Submitted,

Victoria Erfesoglou
SBN: 24076370
550 Westcott Street
Suite 350
Houston, Texas 77007
Tel (713) 252-4738
Fax (832) 201-8225

**Counsel for Appellant**

## CERTIFICATE OF SERVICE

By affixing my signature below, I, Victoria Erfesoglou, hereby certify that a true and correct copy of this Motion for Extension of Time to File Appellant's Brief has been mailed to the attorney representing the State of Texas below, at the District Attorney's Office in Harris County, Texas, on this the ___24___ day of July 2015.

Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin, Ste 600
Houston, Texas 77002


_____
Victoria Erfesoglou